570

No. 935. SMITH *v.* METROPOLITAN LIFE INS. CO. ET AL. May 16, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Meyer Abrams* for petitioner. No appearance for respondents.

No. 936. NATIONAL CARBON CO. *v.* WESTERN SHADE CLOTH CO. May 16, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Thomas G. Haight* and *George A. Chritton* for petitioner. *Messrs. William H. Davis* and *Albert J. Fihe* for respondent.

No. 939. PULITZER PUBLISHING CO. *v.* CURRENT NEWS FEATURES, INC. May 16, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. John Raeburn Green* for petitioner. *Mr. Guy Mason* for respondent.

No. 950. CENTURY INDEMNITY CO. *v.* STANDARD CAHILL CO. May 16, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Sydney Krause* for petitioner. *Mr. James Marshall* for respondent.

No. 951. UNION CENTRAL LIFE INS. CO. ET AL. *v.* BANK OF COMMERCE & TRUST CO. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Gerald FitzGerald* for petitioners. *Mr. Julian C. Wilson* for respondent.